# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Helcias Puerto | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v.  Gavin Newsom, et al; | CV20-1180-RSWL(E) |
|  | NOTICE OF FILING OF COMPLAINT WITHOUT PREPAYMENT OF FILING FEES OR REQUEST TO PROCEED IN FORMA PAUPERIS |
| DEFENDANT(S) |  |

Plaintiff has submitted a complaint for filing. The filing fee has not been paid, nor has a Request to Proceed in Forma Pauperis been submitted. The case has been forwarded to the assigned magistrate judge for review.

| February 5, 2020 | By C. Sawyer |
|---|---|
| Date | Deputy Clerk |